**09-4921-cv**
**Lawrence v. U.S. Securities and Exchange Commission**

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1.  WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

        At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of July, two thousand ten.

PRESENT:
          PIERRE N. LEVAL,
          BARRINGTON D. PARKER,
          PETER W. HALL,
                    *Circuit Judges*.
_____

Carl Lawrence and Warwick Capital Management,

            *Plaintiffs-Appellants*,

            v.                                                     09-4921-cv

United States Securities and Exchange Commission,

            *Defendant-Appellee.*
_____

FOR APPELLANT LAWRENCE:    CARL LAWRENCE, *pro se*, Bronxville, New York.

FOR APPELLEE:              CHRISTOPHER M. BRUCKMAN, Senior Counsel (Richard M. Humes, Associate General Counsel, Melinda Hardy, Assistant General Counsel, *on the brief*), United States Securities and Exchange Commission, Washington, D.C.

Appeal from a judgment of the United States District Court for the Southern District of New York (Robinson, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the appeal of Warwick Capital Management be **DISMISSED**, and the district court's judgment and its order denying plaintiffs-appellants' motion for reconsideration be **AFFIRMED.**

This is an appeal from the district court's order granting the Defendant's motion to dismiss the complaint of plaintiffs-appellants Carl Lawrence, *pro se*, and Warwick Capital Management ("Warwick"), an unrepresented corporation, for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), and from the district court's order denying the Appellants' motion for reconsideration of the dismissal. We assume the parties' familiarity with the facts and procedural history.

As an initial matter, Lawrence named Warwick as a plaintiff below and as a party joined in the instant appeal. *See Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 256 (2d Cir. 1995) (This Court will "construe notices of appeal liberally, taking the parties' intentions into account."). We dismiss Warwick's appeal because a corporation may not appear *pro se* or be represented by a non-lawyer. *See Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308-10 (2d Cir. 1991) (holding that a "layman" may not represent a separate legal entity).

We construe the notice of appeal as challenging both the district court's order denying the motion for reconsideration and the order dismissing the complaint. *See Shrader*, 70 F.3d at 256. On appeal from a judgment dismissing a complaint for lack of subject-matter jurisdiction, this Court reviews the district court's factual findings for clear error and its legal conclusions *de novo*.

*See Makarova v. United States*, 201 F.3d 110, 113 (2d Cir. 2000).  Although Lawrence did not raise any new arguments in the motion for reconsideration, we liberally construe his brief as challenging the denial of the motion for reconsideration as well as the dismissal of the complaint. We review for abuse of discretion a district court order denying a motion for relief from a final judgment pursuant to Fed. R. Civ. P. 60(b).  *See Transaero, Inc. v. La Fuerza Aerea Boliviana*, 162 F.3d 724, 729 (2d Cir. 1998).

Having reviewed the record according to these principles, we affirm the district court's order and judgment for substantially the reasons stated by the magistrate judge in his report and recommendation.  We have considered all of the Appellants' arguments on appeal and find them to be without merit.  For the foregoing reasons, the appeal of Warwick Capital Management is hereby **DISMISSED** and the district court's judgment and its order denying the motion for reconsideration are hereby **AFFIRMED**.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk

3